Steven J. Brock, SBN 241870
steve@policeattorney.com
**LACKIE & DAMMEIER APC**
367 North Second Avenue
Upland, California 91786
Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Plaintiff
DAVID HENDERSON

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENDERSON,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY OF DESERT HOT SPRINGS, a municipal corporation; JERRY HANSON, individually and as City Manager for the City of Desert Hot Springs; WALTER MCKINNEY, individually and as Chief of Police for the City of Desert Hot Springs Police Department; DOES 1 THROUGH 10 inclusive,<br><br>           Defendants. | Case No.:  **CV 06-5244 ABC (FMOx)**<br><br>JUDGE AUDREY B. COLLINS, COURTROOM 680<br><br>**ORDER OF DISMISSAL** |

On June 24, 2008, a STIPULATION OF DISMISSAL, signed by the attorneys of record for all parties to this action, was filed with this Court.

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

Dated:  June 25, 2008

_____
AUDREY B. COLLINS
United States District Judge

1